AO 470 (8/85) Order of Temporary Detention

# United States District Court

DISTRICT OF __Delaware__

UNITED STATES OF AMERICA

v.

__William John Statts__
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: __07-43M__

Upon motion of the __Government__, it is ORDERED that a __preliminary and detention hearing__ is set for __March 14, 2007__ at __1:00 P.M.__
                                                    Date                              Time
before __Honorable Mary Pat Thynge, United States Magistrate Judge__
         Name of Judicial Officer
__Ctrm #6C, 6th Flr, Federal Bldg, 844 King St., Wilmington, Delaware__
         Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
Other Custodial Official

__3/8/07__                                                         _[signed]_
Date                                                               Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

  A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.