AO 467 (1/86) Order Holding Defendant



# United States District Court

DISTRICT OF **DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>William John Stotts, | ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION<br><br>Case Number: 07-43 M (MPT)<br><br>Charging District Case Number: 07-132 MJ |

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the Eastern District District of Virginia; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) 1000 East Main Street, First Floor, Richmond, VA 23219
*Place and Address*

Before Judge Henry E. Hudson on May 4, 2007 8:45 a.m.
*Date and Time*

FILED APR 26 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

_____
Signature of Judicial Officer

April 26, 2007
Date

_____
Name and Title of Judicial Officer