OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

May 10, 2007

Clerk of Court
U.S. District Court
Eastern District of Virginia
Lewis F. Powell, Jr.,
United States Courthouse
Suite# 305
1000 East Main Street
Richmond, VA 23219-3518





    Re: United States v. William John Statts;
       Case No.   07-43M-MPT; USDC/DE
               07-132M; USDC/EDVA

Dear Clerk:

    Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

    Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

                                          Sincerely,

                                          Keith J. Kincaid
                                          Deputy Clerk

/kjk
enclosure

I hereby acknowledge receipt of the record in the above referenced case on _____.
                                 (date)

_____
        Signature

_____
        Title

