IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        Magistrate Case No.07-43-MPT

WILLIAM JOHN STATTS

    Defendant,

**ORDER FOR RETURN OF DEED**

On, April 26,2007, Barbara Manlove and Wanette Harris, posted the deed to property located in Wilmington, Delaware as collateral for bail for the defendant, William John Statts , and on August 16,2007 charges pending against the defendant were dismissed. As it is no longer necessary for this Court to hold the collateral,

IT IS HEREBY ORDERED that the Clerk of this Court return the deed to Barbara Manlove and Wanette Harris .

Date:   October __16__, 2007

_____
United States Magistrate Judge

FILED
OCT 1 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE